

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, ORDER**

UNITED STATES OF AMERICA
Plaintiff

Case No. CR 10-00444-GEB

v.

KERRY SEAMAN
Defendant

I, Anthony Colleluori, attorney for Kerry Seaman, the defendant, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Law Offices of Anthony J. Colleluori & Associates, PLLC |
| Address: | 68 South Service Road, Suite 100 |
| City: | Melville |
| State: | New York   ZIP Code: 11362 |
| Voice Phone: | (516) 741-3400 |
| FAX Phone: | (631) 414-7549 |
| Internet E-mail: | OFFICE.CATLAW1@GMAIL.COM |
| Additional E-mail: | TONY.COLLELUORI@GMAIL.COM |
| I reside in City: | Syosset        State: New York |

I was admitted to practice in the New York State Second Department in 1985. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         Jonathan Stein

Firm Name:    Law offices of Jonathan G. Stein

Address:      5050 Laguna Boulevard, Suite 112
City:         Elk Grove

State:        California          ZIP Code: 95758

Voice Phone:  (916)-247-6868

FAX Phone:    (877) 863-3016

E-mail: Jonathan@JonathanGStein.com


Dated: 11/10/10     Petitioner: Anthony Colleluori

**ORDER**

    IT IS SO ORDERED.
**Date: <u>11/12/2010</u>**

_____
GARLAND E. BURRELL, JR.
United States District Judge