**Anthony J. Colleluori & Associates, PLLC.,**
**By:  Anthony J. Colleluori**
    **68 South Service Rd.**
    **Ste. 100**
    **Melville, NY 11747**
    **Telephone: 516.741.3400**
    **Facsimile: 631.414.7549**
**Attorney for Defendant**
KERRY ANN SEAMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

UNITED STATES OF AMERICA,

           Plaintiffs,

    vs.

KERRY ANN SEAMAN,

           Defendants.

-----------------------------------------

Case No. CR S 10-0444 GEB

**STIPULATION AND ORDER TO CHANGING SENTENCING DATE AND AMENDING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OBJECTIONS TO PRE-SENTENCE REPORT**

      It is hereby stipulated to by Plaintiff, THE UNITED STATES OF AMERICA, through its attorney of record S. Robert Tice-Raskin, Assistant United States Attorney, and Defendant KERRY ANN SEAMAN, through her attorney  Anthony J. Colleluori, that the Sentencing of Defendant KERRY ANN SEAMAN, is adjourned until September 16th 2011. The reason for this adjournment is that Mr. Colleluori, attorney for Ms. Seaman is engaged in a hearing in the Eastern District of New York on the 22nd of July 2011 before the Hon. Joseph F. Bianco in the case of US. v. Richard Hartig.  Said hearing is scheduled so as to fit into the schedule of a testifying Psychologist ordered by the court and it is the only time the doctor

was able to make the appearance. Further Mr. Hartig is incarcerated and has been so incarcerated for just over two years.

It is further stipulated that the Schedule for Disclosure of Pre Sentence Report and for Filing of Objections to the Pre-Sentence Report will be amended as follows:


Reply or Statement of No Opposition due:              Sept. 9, 2011

Motion for Correction of Pre-Sentence Report is due:  Sept. 2 , 2011

Pre-Sentence Report shall be Filed by :               August 26, 2011

Counsel's Written Objections to the Pre-Sentence Report Shall

Be delivered to the Probation Officer and Opposing Counsel by:   August 19, 2011

The Proposed Pre-sentence Report has already been released to Counsel.

Counsel thanks the Court for its time and Co-operation in these matters.


Dated: July 19, 2011                    Respectfully submitted,

                                        ANTHONY J. COLLELUORI PLLC.

                                        By: /s/ Anthony J. Colleluori
                                             Anthony J. Colleluori
                                             Attorney for Defendant
                                             KERRY ANN SEAMAN


Dated: July 19, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By: /s/ S. Robert Tice-Raskin
                                              S. ROBERT TICE-RASKIN, AUSA
                                              Attorney for Plaintiff
                                              UNITED STATES OF AMERICA

**ORDER**

A request to extend the time for Sentencing having been presented to the Court and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT defendant, KERRY ANN SEAMAN, shall appear before the Hon. Garland E. Burrell, Jr., Judge of the US District Court for the Eastern District of California at 9AM ON SEPTEMBER 16, 2011 and that the Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report be amended as proposed by the stipulation of by the parties of July 19 2011.

Date: 7/19/2011

GARLAND E. BURRELL, JR.
United States District Judge