Anthony J. Colleluori & Associates, PLLC.,
By:  Anthony J. Colleluori
    68 South Service Rd.
    Ste. 100
    Melville, NY 11747
    Telephone: 516.741.3400
     Facsimile: 631.414.7549
**Attorney for Defendant**
KERRY ANN SEAMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

UNITED STATES OF AMERICA,

          Plaintiffs,

  vs.

KERRY ANN SEAMAN,

          Defendants.

-----------------------------------------

Case No. CR S 10-0444 GEB

**STIPULATION AND ORDER PERMITING DEFENDANT TO TRAVEL TO THE STATE OF VERMONT**

It is hereby stipulated to by the parties THE UNITED STATES OF AMERICA by their attorney ROBERT TICE RASKIN, and KERRY ANN SEAMAN through her Attorney of Record ANTHONY J. COLLELUORI that Ms. Kerry Ann Seaman, an above named defendant is permitted to travel to the state of Vermont to attend a family reunion and vacation with her family from July 22, 2011 and August 12, 2011.  Ms. Seaman will keep in phone contact on a bi-weekly basis with her pre-trial probation officer during this period. This stipulation has been agreed upon by the Pre-trial probation supervisor in the EDNY.

Dated: July 19, 2011                              Respectfully submitted,

                                                          ANTHONY J. COLLELUORI PLLC.

                                                          By: /s/ Anthony J. Colleluori
                                                              Anthony J. Colleluori

|  |  |
|---|---|
|  | Attorney for Defendant<br>KERRY ANN SEAMAN |
| Dated: July 19, 2011 | BENJAMIN B. WAGNER<br>United States Attorney |
|  | By: /s/ S. Robert Tice-Raskin<br>    S. ROBERT TICE-RASKIN, AUSA<br>    Attorney for Plaintiff<br>    UNITED STATES OF AMERICA |

**ORDER**

A request to permit defendant KERRY ANN SEAMAN to travel to the State of Vermont to attend a family reunion and vacation between the dates of July 22 2011 and August 12 2011, having been presented to the Court and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT: defendant, KERRY ANN SEAMAN, shall be permitted to travel to the State of Vermont from July 22, 2011 and August 12, 2011 and it is further ordered that she will stay in telephonic contact with her pre-trial probation officer on a bi-weekly basis every other Wednesday or as otherwise instructed by her pre-trial probation officer.

Date: 7/21/2011

_____
GARLAND E. BURRELL, JR.
United States District Judge