IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>KERRY SEAMAN,<br><br>            Defendant.<br>_____ | 2:10-cr-00444-GEB<br><br><br>ORDER |

On April 8, 2013, the Clerk's Office received a copy of a DVD provided by Defendant Kerry Seaman ("Defendant") "by Federal Express Overnight Mail" which "contains interviews of family and friends as an additional Exhibit to [her] Sentencing Memorandum . . . ." (Def.'s Not. of Lodging, ECF No. 79.) Defendant relies upon the DVD in support of her argument in her Sentencing Memorandum that "extraordinary family circumstances" warrant a variance. (See Def.'s Sentencing Memo. 24:8-18, ECF No. 78.)

Since it is unclear whether the Defendant provided a copy of the referenced DVD to the United States, Defendant shall file a writing no later than 12:00 p.m. on April 10, 2013, stating whether, when, and in what manner she served the United States with a copy of the DVD.

Dated:  April 8, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge