IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Case No. CR S 10-0444 GEB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KERRY SEAMAN, | ) |
| Defendants | ) |
| | ) |

PROPOSED ORDER

That pursuant to the terms of defendant, Kerry Seaman's Pre-Trial Release Order, defendant is solely allowed to travel between New York, New Jersey, Connecticut and the Eastern District of California. A request to allow defendant, Kerry Seaman, to travel to Orlando, Florida area between May 26, 2013 and June 4, 2013 having been presented to the Court and on consent of Mrs. Seaman's pre-trial officer and the U.S. Attorney, it is hereby Ordered that defendant, KERRY SEAMAN'S, request is hereby GRANTED.

Date: 4/22/2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge